UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.

No. 1:25-CV-30-GNS

TREE-REMOVAL RIGHTS WITH
RESPECT TO LAND IN WARREN
COUNTY, KENTUCKY,
ROBERT BLAKE PHILLIPPI,
JENNIFER LYNN McCOY,
SERVICE ONE CREDIT UNION,
AMERICAN BANK AND TRUST
　　COMPANY, INC.,
Defendants.

## COMPLAINT

1. This is an action of a civil nature brought by the United States of America upon the relation and for the use of the Tennessee Valley Authority for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

2. The authority for the taking is the Tennessee Valley Authority Act of 1933, *as amended*, 16 U.S.C. §§ 831 et seq.

3. The public use for which the property rights are taken is the erection, operation, and maintenance of electric power transmission circuits and communication circuits.

4. The property interest to be acquired is tree-removal rights.

5. The condemned property rights and the land affected thereby are described in Attachment 1 hereto attached and made a part hereof.

6. The persons known to the Plaintiff to have or may claim an interest in said property are as follows:

    a. Robert Blake Phillippi and Jennifer Lynn McCoy, each own an undivided 1/2 interest in fee simple as joint tenants with rights of survivorship by virtue of a deed recorded in Book D1201, page 708, in the office of the County Court Clerk of Warren County, Kentucky.

    b. Service One Credit Union is the holder of a lien on said property in the amount of $200,000, recorded in Book M3331, page 751, in said County Court Clerk's office.

    c. American Bank and Trust Company, Inc. is the holder of a lien on said property in the amount of $20,795.35, recorded in Book M3341, page 200, in said County Court Clerk's office.

    d. County taxes for 2025 are a lien on said property.

7. A Declaration of Taking is being filed contemporaneously herewith.

WHEREFORE, the Plaintiff demands that:

(1) An Order be issued putting the Tennessee Valley Authority as agent of the United States of America into immediate possession of the property condemned.

(2) Just compensation for the property taken be ascertained in accordance with Rule 71.1(h) of the Federal Rules of Civil Procedure.

(3) A Judgment be entered confirming the vesting of title to the interests sought to be condemned in the United States of America by virtue of the Declaration of Taking filed herewith.

(4) The Plaintiff have such other relief as may be lawful and proper.

Respectfully submitted,

*s/James S. Chase*
James S. Chase (TN BAR 020578)
Assistant General Counsel
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.4239
jschase@tva.gov

Attorney for Plaintiff

129783509