UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.

No. 1:25-CV-30-GNS

TREE-REMOVAL RIGHTS WITH
RESPECT TO LAND IN WARREN
COUNTY, KENTUCKY,
ROBERT BLAKE PHILLIPPI,
JENNIFER LYNN McCOY,
SERVICE ONE CREDIT UNION,
AMERICAN BANK AND TRUST
　COMPANY, INC.,
Defendants.

## DECLARATION OF TAKING

The Tennessee Valley Authority, the authority empowered by law to acquire in the name of the United States of America the property described in the Complaint of similar title filed in this Court, hereby files this Declaration of Taking pursuant to 40 U.S.C. §§ 3114−3118 and declares that said property is hereby taken for the use of the United States of America acting by and through its agent, the Tennessee Valley Authority, and further declares that:

1. The property interests taken in this action are the tree-removal rights taken described in Attachment 1 hereto and made a part hereof.

2. Five Hundred Dollars ($500) is the amount estimated by the Tennessee Valley Authority to be just compensation for the tree-removal rights taken. This amount will be tendered into Court for the use of the persons entitled thereto.

3. A map showing the location of the land effected by the tree-removal rights taken is attached as Attachment 2 and made a part hereof.

4. The authority under which the tree-removal rights are taken is the Tennessee Valley Authority Act of 1933, *as amended*, 16 U.S.C. §§ 831 et seq. The public use for which the tree-removal rights are taken is the erection, operation, and maintenance of electric power transmission circuits and communication circuits.

5. The Tennessee Valley Authority is of the opinion that the ultimate award probably will be within any limits prescribed by Congress on the price to be paid.

                    TENNESSEE VALLEY AUTHORITY

                    Respectfully submitted,

*s/James S. Chase*
James S. Chase (TN BAR 020578)
Assistant General Counsel
OFFICE OF THE GENERAL COUNSEL
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.4239
jschase@tva.gov

Attorney for Plaintiff

129783510