TRACT NO. LVTE-6-CR

Tree-removal rights with respect to land located in Warren County, Kentucky described in a deed recorded in Book D1201, page 708, in the office of the County Court Clerk of Warren County, Kentucky, which description is incorporated herein by reference and made a part hereof. Said rights consisting of the perpetual right to remove, cut down, destroy, and/or otherwise dispose of any trees which in falling could come within five feet of any line, structure, appurtenance, facility, or conductor (including structures and conductors being on and over adjacent land), the Tennessee Valley Authority (TVA) to remain liable for any direct physical damage to said land and fences thereon resulting from operations by and on behalf of the TVA in the exercise of said rights.

TRACT NO. LVTE-6-CR

The perpetual right to enter at any time and from time to time the southeastern portion of the land of Robert Blake Phillippi, et al., to clear, remove, destroy, or otherwise dispose of as necessary any trees, which in falling could come within 5 feet of any line, structure, appurtenance, facility, or conductor on the Loving-Transpark East Transmission Line, as shown on sheet P1 of US-TVA drawing LW-9375, R.0, the said land lying east of and adjacent to Goshen Church North Road, the land affected by the clearing rights begins at a point 68.92 feet left of the centerline of the transmission line location at survey station 62+93.94 and extending in a westerly direction along the property line, and located in Warren County, Kentucky.

Record landowners as of the date of the filing of the Declaration of Taking —
Robert Blake Phillippi and Jennifer Lynn McCoy (Book D1201, page 708, in the office of the County Court Clerk of Warren County, Kentucky)

Parcel No. 072A-51-001

129783515

ATTACHMENT 1