

ATTACHMENT 2