UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 1:25-CV-00030-GNS

TREE-REMOVAL RIGHTS WITH
RESPECT TO LAND IN WARREN
COUNTY, KENTUCKY,
ROBERT BLAKE PHILLIPPI,
JENNIFER LYNN McCOY,
SERVICE ONE CREDIT UNION,
AMERICAN BANK AND TRUST
  COMPANY, INC.,
Defendants.

### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF AN ORDER DIRECTING DEPOSIT OF FUNDS

This is a federal condemnation action in which the Plaintiff, the United States of America upon the relation and for the use of the Tennessee Valley Authority (TVA), moves the Court, pursuant to the Declaration of Taking Act, 40 U.S.C. §§ 3114−3118 (2012) (formerly codified at 40 U.S.C. §§ 258a–258e-1), for entry of an order directing the Clerk of Court to invest, in accordance with Local Rule 67.1(b), all sums tendered to the Clerk by the Plaintiff.

As grounds for this motion, Plaintiff states that the Declaration of Taking Act is applicable to condemnations such as this under the TVA Act (*see* 16 U.S.C. § 831c(i)); that the Declaration of Taking Act authorizes the deposit with the Court of the funds tendered by Plaintiff, and that, upon acceptance and deposit of the funds tendered by Plaintiff, all requirements of the Declaration of Taking Act will have been fulfilled and Plaintiff will be entitled to an order of immediate possession pursuant to 40 U.S.C. § 3114(d)(1).

A proposed order for investment of funds is attached hereto pursuant to WDKY Amended ECF Administrative Policies and Procedures 5(e).

              Respectfully submitted,

              *s/James S. Chase*
              James S. Chase (TN BAR 020578)
              Assistant General Counsel
              OFFICE OF THE GENERAL COUNSEL
              Tennessee Valley Authority
              400 West Summit Hill Drive
              Knoxville, Tennessee 37902-1401
              Telephone 865.632.4239
              jschase@tva.gov

              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's *Ex Parte* Motion for Entry of an Order Directing Deposit of Funds was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt (parties may access this filing through the Court's ECF system).

A copy of this document is being sent to the Defendants by regular U.S. mail as indicated below:

>Robert Blake Phillippi
>1388 Goshen Church North Road
>Bowling Green, Kentucky 42101
>
>Jennifer Lynn McCoy
>1388 Goshen Church North Road
>Bowling Green, Kentucky 42101
>
>Service One Credit Union
>c/o Rebecca S. Stone
>(registered agent for service of process),
>1609 Campbell Lane
>Bowling Green, Kentucky 42104
>
>American Bank and Trust Company, Inc.
>c/o ELPO Corporate Services, LLC
>(registered agent for service of process)
>1101 College Street
>Bowling Green, Kentucky 42101

*s/James S. Chase*
James S. Chase (TN BAR 020578)
Attorney for Plaintiff

129783517