UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 1:25-CV-00030-GNS

TREE-REMOVAL RIGHTS WITH
RESPECT TO LAND IN WARREN
COUNTY, KENTUCKY,
ROBERT BLAKE PHILLIPPI,
JENNIFER LYNN McCOY,
SERVICE ONE CREDIT UNION,
AMERICAN BANK AND TRUST
   COMPANY, INC.,
Defendants.

## ORDER DIRECTING DEPOSIT OF FUNDS

It is hereby ORDERED that the Clerk of this Court shall accept a check for $500 to be deposited pursuant to the Declaration of Taking filed in this action, and any future funds to be deposited in this action, in accordance with Federal Rule of Civil Procedure 67(b).

IT IS ORDERED that counsel presenting this order serve a copy thereof on the Clerk of this Court or his Chief Deputy. Absent the aforesaid service, the Clerk is hereby relieved of personal liability relative to compliance with this order.

IT IS FURTHER ORDERED that all funds received shall be deposited in the Court Registry Investment System (CRIS) administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

IT IS FURTHER ORDERED that counsel designate the name and address of the individual, or individuals, who are to receive the monies in the order of disbursement of funds. Social Security numbers shall not be included in documents to be filed but shall be provided to

the Clerk's Office upon request. Corporations, associations, and all others will supply the employer identification number with the correct title and address upon request of the Clerk's office.

  ORDERED, this \_\_\_\_ day of _____, 2025.

                                 _____
                                 UNITED STATES DISTRICT JUDGE

129783505